# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20-mj-2375** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Sally VILLA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about June 18, 2020, within the Southern District of California, Sally VILLA, did knowingly and intentionally import 500 grams and more, to wit: approximately 3.54 kilograms (7.80 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent RAUL RODRIGUEZ
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of June 2020.

HON. ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On June 18, 2020, at approximately 10:10 AM, Sally VILLA, ("VILLA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #7.  VILLA was the driver, sole occupant, and registered owner of a 2019 Hyundai Elantra ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from VILLA. VILLA stated she was crossing the border to go to San Diego, California.  Due to a computer-generated alert, the officer referred VILLA for secondary inspection.

In the secondary inspection site, VILLA stated spontaneously that she had something illegal concealed upon her person. A Customs and Border Protection Officer conducted a patdown of VILLA and discovered 4 oblong bundles wrapped in plastic and containing a white crystalline substance concealed within VILLA's chest and waist area.

Customs and Border Protection Officers searched the vehicle and did not discover any narcotics within it.

1

A Customs and Border Protection Officer tested the contents of the package, which field tested positive for properties of methamphetamine. The approximate weight of the four (4) packages was approximately 3.54 kilograms (7.80 pounds).

VILLA was placed under arrest at approximately 1:35 PM.

During a post-Miranda interview, VILLA admitted that she had been instructed to drive the narcotics to Riverside County, California. She further admitted to doing so once prior. VILLA stated that she had not yet been paid for either smuggling attempt, but that she had been told that she would be compensated well.

VILLA was charged with violating 21 USC 952/960 and transported to the Western Region Detention Center in San Diego, CA pending her initial appearance in federal court in the Southern District of California, San Diego.